# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEREMY KLECKNER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-912

[August 10, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562015CF000021.

Jeremy Kleckner, Graceville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***